## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:08-cr-0005 |
| ) | |
| **NEAL SPRAUVE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### FINAL ORDER OF FORFEITURE

**WHEREAS**, on October 3, 2008, the defendant, Neal Sprauve, pled guilty to one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii); and

**WHEREAS**, on September 11, 2012, this Court entered an Order, ordering defendant Neal Sprauve to forfeit to the United States the following property:

> the real property described as 129A-1-44 Anna's Retreat, St. Thomas, Virgin Islands; all property constituting, or derived from, the proceeds the defendant obtained directly or indirectly as a result of the violations alleged in the indictment; and all property used or intended to be used by the defendant in any manner or part to commit or to facilitate the commission of such violations;

**WHEREAS**, the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS**, no timely claim has been filed; and

**WHEREAS**, the Court finds that defendant Neal Sprauve had an interest in the property described above and that it is subject to forfeiture pursuant to 21 U.S.C. § 853;

*United States v. Sprauve*
Case No. 3:08-cr-0005
Order
Page 2 of 2

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is condemned and forfeited to the United States of America, pursuant to 21 U.S.C. § 853:

$10,000 in United States Currency in lieu of the real property described as 129A-1-44 Anna's Retreat, St. Thomas, Virgin Islands;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the District Court of the Virgin Islands shall retain jurisdiction in the case for the purpose of enforcing this Order.

**Dated:** October 21, 2020         /s/ *Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **District Judge**